UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINZENZ J. KOLLER, an individual and Presidential Elector,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERRY BROWN, in his official capacity as Governor for the State of California; KAMALA HARRIS, in her official capacity as Attorney General for the State of California; ALEX PADILL, in his official capacity as Secretary of State for the state of California; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 5:16-cv-07069<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CALIFORNIA REPUBLICAN PARTY TO INTERVENE** |

　　　Proposed Intervenor CALIFORNIA REPUBLICAN PARTY's motion for Leave to Intervene came on for hearing before this Court on _____.

　　　After considering the Motion and all supporting and opposing documents, and having heard oral argument of counsel, and otherwise being duly advised on all matters presented on this cause, IT IS HEREBY ORDERED that leave is GRANTED to allow CALIFORNIA REPUBLICAN PARTY to intervene in this Action as a defendant.

　　　The Proposed Answer provided with the Motion shall be considered filed as of the date of this ruling.

1

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE

1    IT IS SO ORDERED.

2

3    DATED: _____    _____
                                        EDWARD J. DAVILA
4                                       United States District Judge

2

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE