UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____
www.cand.uscourts.gov

Susan Y. Soong General Court Number
Clerk of Court 408-535-5363

December 21, 2016

CASE NUMBER:  5:16-cv-07069-EJD

CASE TITLE: Koller v. Brown

USCA NUMBER:  16-17283

DATE MANDATE FILED:  12/20/16

TO COUNSEL OF RECORD:

 The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

 Very truly yours,

 Susan Y. Soong, Clerk

 *Cindy Hernandez*
 _____
 by:  Cynthia Hernandez
 Case Systems Administrator
 408-535-5386