1  XAVIER BECERRA
   Attorney General of California
2  MARC A. LEFORESTIER
   Supervising Deputy Attorney General
3  KEVIN A. CALIA
   Deputy Attorney General
4  State Bar No. 227406
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 322-6114
    Fax: (916) 324-8835
7   E-mail: Kevin.Calia@doj.ca.gov
   *Attorneys for Defendants Attorney General Kamala*
8  *D. Harris, and Secretary of State Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINZENZ J. KOLLER, an individual and Presidential Elector,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY BROWN, in his official capacity as Governor for the State of California; XAVIER BECERRA, in his official capacity as Attorney General for the State of California; ALEX PADILLA, in his official capacity as Secretary of State for the State of California; and DOES 1-10,**<br><br>Defendants. | 5:16-cv-07069-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**<br><br>Date: None<br>Time: None<br>Dept: 4<br>Judge: The Honorable Edward J. Davila<br>Trial Date: N/A<br>Action Filed: December 9, 2016 |

All parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order Regarding Amended Complaint and Response to Amended Complaint.

WHEREAS, on December 9, 2016, Plaintiff Vinzenz J. Koller filed the Verified Complaint for Declaratory and Injunctive Relief;

WHEREAS, on December 13, 2016, Plaintiff caused Defendants Governor Edmund G. Brown Jr., Attorney General Kamala D. Harris,[1] and Secretary of State Alex Padilla to be served with the Complaint;

WHEREAS, on January 3, 2017, the Court endorsed the parties stipulation extending Defendants' time to respond to the Complaint until February 3, 2017 (ECF No. 56);

WHEREAS, on January 3, 2017, the Court granted the California Republican Party's motion to intervene (ECF No. 57);

WHEREAS, on January 11, 2017, the Court endorsed Plaintiff's voluntary dismissal of the claims against Governor Brown (ECF No.62);

WHEREAS, the parties have met and conferred about the Complaint and Defendants' anticipated response to the Complaint;

WHEREAS, Plaintiff has informed Defendants that he desires to file an amended complaint;

WHEREAS, pursuant to Civil Local Rule 6-1, the parties have agreed, subject to the Court's approval, to set a schedule for Plaintiff to file an amended complaint and for Defendants to respond to the amended complaint;

THEREFORE, pursuant to Civil Local Rule 6-1, the parties stipulate as follows:

1. Plaintiff may file an amended complaint on or before **February 17, 2017**.

2. Defendants shall have an extension until **March 17, 2017**, in which to respond to the operative complaint in any manner authorized by the Federal Rules of Civil Procedure.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Xavier Becerra is automatically substituted as a defendant in this matter in place of his predecessor, Kamala D. Harris.

| | |
|---|---|
| Dated: February 3, 2017 | Respectfully Submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>MARC A. LEFORESTIER<br>Supervising Deputy Attorney General<br><br>_____/s/ Kevin A. Calia_____<br>KEVIN A. CALIA<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Attorney General Xavier Becerra and*<br>*Secretary of State Alex Padilla* |
| Dated: February 3, 2017 | KRAMER LAW OFFICE, INC.<br><br>_____/s/ Melody A. Kramer_____<br>MELODY A. KRAMER<br>*Attorney for Plaintiff*<br>*Vinzenz J. Koller* |
| Dated: February 3, 2017 | BELL, McANDREWS & HILTACHK, LLP<br><br>_____/s/ Charles H. Bell, Jr._____<br>CHARLES H. BELL, JR.<br>BRIAN T. HILDRETH<br>TERRY J. MARTIN<br>*Attorneys for Intervenor*<br>*California Republican Party* |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: February 7, 2017

_____
Honorable Edward J. Davila
United States District Judge

# ECF ATTESTATION

I, Kevin A. Calia, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Melody A. Kramer and Charles H. Bell, Jr. have concurred in this filing.

Dated:  February 3, 2017                           /s/ Kevin A. Calia

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Koller, Vinzenz, J. v. Jerry Brown, et al.** | No. | **5:16-cv-07069** |

I hereby certify that on <u>February 3, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 3, 2017</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2016104833
12577585.doc