XAVIER BECERRA
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
KEVIN A. CALIA
Deputy Attorney General
State Bar No. 227406
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6114
  Fax: (916) 324-8835
  E-mail: Kevin.Calia@doj.ca.gov
*Attorneys for Defendants Attorney General Xavier Becerra and Secretary of State Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINZENZ J. KOLLER, an individual and Presidential Elector,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY BROWN, in his official capacity as Governor for the State of California; XAVIER BECERRA, in his official capacity as Attorney General for the State of California; ALEX PADILLA, in his official capacity as Secretary of State for the State of California; and DOES 1-10,**<br><br>Defendants. | 5:16-cv-07069-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: None<br>Time: None<br>Dept: 4<br>Judge: The Honorable Edward J. Davila<br>Trial Date: N/A<br>Action Filed: December 9, 2016 |

All parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order Continuing Case Management Conference.

WHEREAS, on December 9, 2016, Plaintiff Vinzenz J. Koller filed the Verified Complaint for Declaratory and Injunctive Relief;

WHEREAS, on January 3, 2017, the Court endorsed the parties stipulation extending Defendants' time to respond to the Complaint until February 3, 2017 (ECF No. 56);

WHEREAS, on January 3, 2017, the Court granted the California Republican Party's motion to intervene (ECF No. 57);

WHEREAS, on January 11, 2017, the Court endorsed Plaintiff's voluntary dismissal of the claims against Governor Brown (ECF No.62);

WHEREAS, on February 7, 2017, the Court endorsed the parties' stipulation providing a schedule for Plaintiff to file an amended complaint and for Defendants to respond to the amended complaint (ECF No. 78);

WHEREAS, a case management conference is currently scheduled for March 9, 2017 (see ECF No. 8);

WHEREAS, the parties believe it would be a more efficient to continue the case management conference to a later date in order to provide the parties time to confer about the amended complaint and Defendants' response to the amended complaint;

WHEREAS, the parties propose that the case management conference be taken off calendar;

WHEREAS, the parties propose that they submit a new proposed schedule for a case management conference on or before March 17, 2017, the date currently set for Defendants to respond to the amended complaint;

THEREFORE, pursuant to Civil Local Rules 6-1 and 16-2(d), and subject to the Court's approval, the parties stipulate as follows:

1. The case management conference set for March 9, 2017 be vacated;
2. On or before March 17, 2017, the parties shall propose a new date for a case management conference for the Court's approval.

| | |
|---|---|
| Dated: February 16, 2017 | Respectfully Submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>MARC A. LEFORESTIER<br>Supervising Deputy Attorney General<br><br><br>_____/s/ Kevin A. Calia_____<br>KEVIN A. CALIA<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Attorney General Xavier Becerra and*<br>*Secretary of State Alex Padilla* |
| Dated: February 16, 2017 | KRAMER LAW OFFICE, INC.<br><br><br>_____/s/ Melody A. Kramer_____<br>MELODY A. KRAMER<br>*Attorney for Plaintiff*<br>*Vinzenz J. Koller* |
| Dated: February 16, 2017 | BELL, McANDREWS & HILTACHK, LLP<br><br><br>_____/s/ Charles H. Bell, Jr._____<br>CHARLES H. BELL, JR.<br>BRIAN T. HILDRETH<br>TERRY J. MARTIN<br>*Attorneys for Intervenor*<br>*California Republican Party* |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                 Honorable Edward J. Davila
                                 United States District Judge

# ECF ATTESTATION

I, Kevin A. Calia, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Melody A. Kramer and Charles H. Bell, Jr. have concurred in this filing.

Dated:  February 16, 2017                           /s/ Kevin A. Calia