1  XAVIER BECERRA
   Attorney General of California
2  MARC A. LEFORESTIER
   Supervising Deputy Attorney General
3  KEVIN A. CALIA
   Deputy Attorney General
4  State Bar No. 227406
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 322-6114
     Fax:  (916) 324-8835
7    E-mail:  Kevin.Calia@doj.ca.gov
   *Attorneys for Defendants Attorney General Xavier*
8  *Becerra and Secretary of State Alex Padilla, in their*
   *official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINZENZ J. KOLLER, an individual and Presidential Elector,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY BROWN, in his official capacity as Governor for the State of California; XAVIER BECERRA, in his official capacity as Attorney General for the State of California; ALEX PADILLA, in his official capacity as Secretary of State for the State of California; and DOES 1-10,**<br><br>Defendants. | 5:16-cv-07069-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS**<br><br>Date:        None<br>Time:      None<br>Dept:       4<br>Judge:     The Honorable Edward J. Davila<br>Trial Date:  N/A<br>Action Filed:  December 9, 2016 |

The parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order Regarding Schedule for Motions to Dismiss.

WHEREAS, on December 9, 2016, Plaintiff Vinzenz J. Koller filed the Verified Complaint for Declaratory and Injunctive Relief;

WHEREAS, on January 3, 2017, the Court endorsed the parties stipulation extending Defendants' time to respond to the Complaint until February 3, 2017 (ECF No. 56);

WHEREAS, on January 3, 2017, the Court granted the California Republican Party's motion to intervene (ECF No. 57);

WHEREAS, on January 11, 2017, the Court endorsed Plaintiff's voluntary dismissal of the claims against Governor Brown (ECF No.62);

WHEREAS, on February 7, 2017, the Court endorsed the parties' stipulation providing a schedule for Plaintiff to file an amended complaint and for Defendants to respond to the amended complaint (ECF No. 78);

WHEREAS, on February 17, 2017, Plaintiff filed an Amended Complaint for Declaratory and Injunctive Relief (ECF No. 83) against the "Official Capacity Defendants" (Attorney General Becerra and Secretary of State Padilla, in their official capacities) and the "Individual Capacity Defendants" (former Attorney General Kamala Harris and Alex Padilla, in their individual capacities);

WHEREAS, the Individual Capacity Defendants have not yet been served with the Amended Complaint or waived service pursuant to the Federal Rules of Civil Procedure;

WHEREAS, the Official Capacity Defendants and the California Republican Party contacted the Courtroom Deputy to reserve a date for a hearing on their motions to dismiss and reserved August 17, 2017 for those motions;

WHEREAS, the parties have conferred regarding a schedule for briefing on those motions and reached agreement on the schedule set forth below;

WHEREAS, the parties agree that it would be most efficient for the Court to set a case management conference after the August 17, 2017 hearing on the motions to dismiss;

1  THEREFORE, pursuant to Civil Local Rules 6-1 and 16-2(d), and subject to the Court's approval, the parties stipulate as follows:

1. The Official Capacity Defendants and the California Republican Party shall have until March 31, 2017 to file motions to dismiss the Amended Complaint, which will be noticed for hearing on August 17, 2017 at 9:00 am;

2. Plaintiff shall have until May 5, 2017 to file his opposition to those motions to dismiss;

3. The Official Capacity Defendants and the California Republican Party shall have until May 26, 2017 to file reply briefs in support of their motions to dismiss;

4. The briefing schedule above does not apply to the Individual Capacity Defendants, who, if served, will be permitted to respond to the Amended Complaint at the time required by the Federal Rules of Civil Procedure or further order of this Court; and

5. A case management conference will be scheduled by further order of the Court for a time after the August 17, 2017 hearing on the motions to dismiss.

Dated:  March 17, 2017                                  Respectfully Submitted,

                                                        XAVIER BECERRA
                                                        Attorney General of California
                                                        MARC A. LEFORESTIER
                                                        Supervising Deputy Attorney General


                                                              /s/ Kevin A. Calia
                                                        KEVIN A. CALIA
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants
                                                        Attorney General Xavier Becerra and
                                                        Secretary of State Alex Padilla, in their
                                                        official capacities*

Dated:  March 17, 2017                                  KRAMER LAW OFFICE, INC.


                                                              /s/ Melody A. Kramer
                                                        MELODY A. KRAMER
                                                        *Attorney for Plaintiff
                                                        Vinzenz J. Koller*

2

Dated:  March 17, 2017                                    BELL, McANDREWS & HILTACHK, LLP

                                                /s/ Charles H. Bell, Jr.
CHARLES H. BELL, JR.
BRIAN T. HILDRETH
TERRY J. MARTIN
*Attorneys for Intervenor*
*California Republican Party*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  _____            _____
Honorable Edward J. Davila
United States District Judge

**ECF ATTESTATION**

I, Kevin A. Calia, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Melody A. Kramer and Charles H. Bell, Jr. have concurred in this filing.

Dated:  March 17, 2017                                         /s/ Kevin A. Calia