XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
P. PATTY LI
Deputy Attorney General
State Bar No. 266937
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1577
 Fax:  (415) 703-1234
 E-mail:  Patty.Li@doj.ca.gov
*Attorneys for Defendants Secretary of State Alex Padilla, Attorney General Xavier Becerra, and former Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINZENZ J. KOLLER, an individual and Presidential Elector,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY BROWN, in his official capacity as Governor for the State of California; XAVIER BECERRA, in his official capacity as Attorney General for the State of California; ALEX PADILLA, in his official capacity as Secretary of State for the State of California; and DOES 1-10,**<br><br>Defendants. | 5:16-cv-07069<br><br>**NOTICE OF ATTORNEY WITHDRAWAL – KEVIN A. CALIA**<br><br>Dept:       4<br>Judge:     The Honorable Edward J. Davila<br>Trial Date: Not Set<br>Action Filed: December 9, 2016 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kevin A. Calia will no longer be associated with the Office of the Attorney General for the State of California as of October 20, 2017, and hereby withdraws as counsel of record for the Official Capacity Defendants (Secretary of State Alex Padilla and Attorney General Xavier Becerra, in their official capacities) and for the Individual Capacity Defendants (Secretary of State Alex Padilla and former Attorney General Kamala D. Harris, in

1

1  their individual capacities).  Defendants' counsel requests that Mr. Calia be removed from the

2  case docket and the Notice of Electronic Filing System as indicated on the docket.  Defendants

3  will continue to be represented by Deputy Attorney General P. Patty Li.

4  Dated:  October 20, 2017                              Respectfully submitted,

5
                                                        XAVIER BECERRA
6                                                       Attorney General of California
                                                        TAMAR PACHTER
7                                                       Supervising Deputy Attorney General

8

9                                                              */s/ P. Patty Li*
                                                        P. PATTY LI
10                                                      Deputy Attorney General
                                                        *Attorneys for Defendants Secretary of State*
11                                                      *Alex Padilla, Attorney General Xavier*
                                                        *Becerra, and former Attorney General*
12                                                      *Kamala D. Harris*