UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINZENZ J. KOLLER, an individual and Presidential Elector,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JERRY BROWN, in his official capacity as Governor for the State of California; KAMALA HARRIS, in her official capacity as Attorney General for the State of California; ALEX PADILLA, in his official capacity as Secretary of State for the State of California; and DOES 1-10;<br><br>　　　　　　　　Defendants. | Case No. 5:16-cv-07069-EJD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR A SCHEDULING ORDER**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

　　　　Before the Court is the Plaintiff's Motion For Administrative Relief - Request For A Scheduling Order. Having reviewed the pleadings and good cause being found,

IT IS THEREFORE ORDERED:

　　　　1.　　A case management conference is hereby scheduled for _____.

DATED _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Edward J. Davila, District Judge

# PROOF OF SERVICE

I, Melody A. Kramer, declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 4010 Sorrento Valley Blvd., Suite 400, San Diego, California, 92121.

On Tuesday, March 13, 2018 I served the following documents:

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR A SCHEDULING ORDER [Civ.L.R. 7-11]**

Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Northern District of California

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, March 13, 2018, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer